AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

JAMES F. MEEGAN,

    Petitioner,           JUDGMENT IN A CIVIL CASE

V.

                         CASE NUMBER: **3:08-cv-0124-LRH-RAM**

NEVADA SUPREME COURT, et al.,

    Respondents.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the #1 petition for stay and extraordinary writ is DISMISSED without prejudice to petitioner seeking relief under 28 U.S.C. 2254 OR 28 U.S.C. 2241. IT IS FURTHER ORDERED that petitioner is DENIED a certificate of appealability.

   February 20, 2009                                **LANCE S. WILSON**
                                                                            Clerk

                                                               /s/ Kalani Lizares
                                                                 Deputy Clerk